**DISMISS; and Opinion Filed December 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00770-CR
No. 05-14-00771-CR

**STEVEN DWAYNE FERRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-72590-L, F14-54495-L**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

140770F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN DWAYNE FERRELL, Appellant

No. 05-14-00770-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F12-72590-L.
Opinion delivered per curiam before Justices
Bridges, Lang-Miers, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 9th day of December, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN DWAYNE FERRELL, Appellant

No. 05-14-00771-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas

Trial Court Cause No. F14-54495-L.

Opinion delivered per curiam before Justices Bridges, Lang-Miers, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 9th day of December, 2014.